# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DONALD WILSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2111
_____

April 4, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Christine Marlewski, Judge.

Donald Wilson, pro se.

PER CURIAM.

Affirmed.

CASANUEVA, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.